UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

:
JEANNINE PETRAGLIA,                                          :
:
:
:
                                    Plaintiff,               :
:
            -against-                                        :
:
THE STOP & SHOP SUPERMARKET                                  :
COMPANY LLC,                                                 :
:
                                    Defendant.               :
:
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/22

1:22-cv-2213-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of

New York, on March 17, 2022.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes

to demand a jury trial in this matter, the demand must be served and filed no later than March 31,

2022.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this

case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain

proof of service.

        SO ORDERED.

Dated:  March 21, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge